UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re:
    Andrew Norfleet
    Bethany Norfleet

Case No. _____
Chapter  7

                                           Debtor(s)

*Please Check the Appropriate Box.*

**For Debtor:**

☒     Payment Advices are Attached.
       Number of Payment Advices Attached:    12
       Period Covered:    5/1/13 - 10/31/13
       Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to
       Filing the Bankruptcy Petition:    1

☐     No Payment Advices are Attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐     No Payment Advices Attached for other Reason, or Some Payment Advices Missing (please explain). _____

**For Joint Debtor, if applicable:**

☐     Payment Advices are Attached.
       Number of Payment Advices Attached: ___
       Period Covered: ___
       Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to
       Filing the Bankruptcy Petition: ___

☐     No Payment Advices are Attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☒     No Payment Advices Attached for other reason, or Some Payment Advices Missing (please explain).
       Self-Employed

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of ___ sheets, numbered 1 through ___, and that they are true and correct to the best of my knowledge, information, and belief.

Signature of Debtor: _/s/ Andrew Norfleet_     Date: November 4, 2013
Signature of Joint Debtor: _/s/ Bethany Norfleet_     Date: November 4, 2013

February 2006



# National Payroll Services

Semi-Monthly Pay and Contributions Statement
IBM CORPORATION
1701 North Street
Endicott, NY 13760

For more information regarding the format or content of your pay statement,
please visit our web site http://w3.ibm.com/hr/us/payroll

```
Name: NORFLEET,A                                      Net Payment:        $2,028.57
Serial #: 3D2249                         Pay Period: 05/01/2013-05/15/2013
```

| GROSS EARNINGS | | | Current | Year to Date |
|---|---|---|---|---|
| 05/15/2013 REGULAR SALARY | | | $3,152.10 | |
| TOTAL GROSS EARNINGS (*) ==================> | | | $3,152.10 | $29,881.90 |

| TAXES | Exmpt Alloc Add'l | Prior | | |
|---|---|---|---|---|
| FICA-MED | | $0.00 | $41.98 | $399.74 |
| FICA-OASDI | | $0.00 | $179.49 | $1,709.23 |
| FED INC TX M 09 | | $0.00 | $97.45 | $1,263.11 |
| VT STATE  M 09 | | $0.00 | $32.31 | $395.58 |
| VT HRS WRK M 00 | | $0.00 | $0.00 | $0.00 |
| TOTAL TAXES ====================> | | $0.00 | $351.23 | $3,767.66 |

| RETIREMENT SAVINGS DEDUCTIONS | | | |
|---|---|---|---|
| BEFORE-TAX SALARY (*) (6%) | $0.00 | $189.13 | $1,702.17 |
| TOTAL RETIREMENT DEDUCTIONS -> | $0.00 | $189.13 | $1,702.17 |

| OTHER DEDUCTIONS | | | |
|---|---|---|---|
| HEALTH CARE PREMIUM (**) | $0.00 | $122.90 | $1,106.10 |
| LONG TERM DISABILITY (*) | $0.00 | $2.09 | $18.81 |
| EMPLOYEE HSA CONTRIBUTION (**) | $0.00 | $133.33 | $1,199.97 |
| ESSEX CHIPS | $0.00 | $7.00 | $63.00 |
| IBM SAVINGS PLAN LOAN | $0.00 | $0.00 | $410.12 |
| IBM SAVINGS PLAN LOAN | $0.00 | $205.06 | $1,230.36 |
| IBM SAVINGS PLAN LOAN | $0.00 | $112.79 | $563.95 |
| TOTAL DEDUCTIONS ==============> | $0.00 | $583.17 | $4,592.31 |

| | | |
|---|---|---|
| NET EARNINGS =============================> | $2,028.57 | |
| TOTAL NET PAYMENT (transmitted via EFTS: ) | $2,028.57 | |

| OTHER W-2 GROSS EARNINGS | | |
|---|---|---|
| 05/15/2013 GLI IMPUTED EARNINGS | $1.24 | |
| TOTAL OTHER W-2 GROSS EARNINGS (*) ========> | $1.24 | $11.16 |
| TOTAL W-2 GROSS EARNINGS ==================> | $2,705.89 | $25,866.01 |

Important Information:
(*) These items are included in the Total W-2 Gross Earnings tax calculation.

 National Payroll Services

Semi-Monthly Pay and Contributions Statement
IBM CORPORATION
1701 North Street
Endicott, NY 13760

For more information regarding the format or content of your pay statement,
please visit our web site http://w3.ibm.com/hr/us/payroll

```
Name: NORFLEET,A                                Net Payment:       $2,233.63
Serial #: 3D2249                         Pay Period: 05/16/2013-05/31/2013

GROSS EARNINGS                                    Current       Year to Date

05/31/2013 REGULAR SALARY                       $3,152.10
TOTAL GROSS EARNINGS (*) ===================>   $3,152.10        $33,034.00

TAXES     Exmpt Alloc    Add'l       Prior

FICA-MED                             $0.00         $41.98           $441.72
FICA-OASDI                           $0.00        $179.49         $1,888.72
FED INC TX   M 09                    $0.00         $97.45         $1,360.56
VT STATE     M 09                    $0.00         $32.31           $427.89
VT HRS WRK   M 00                    $0.00          $0.00             $0.00
TOTAL TAXES ====================>    $0.00        $351.23         $4,118.89


RETIREMENT SAVINGS DEDUCTIONS

BEFORE-TAX SALARY (*) (6%)           $0.00        $189.13         $1,891.30
TOTAL RETIREMENT DEDUCTIONS =>       $0.00        $189.13         $1,891.30


OTHER DEDUCTIONS

HEALTH CARE PREMIUM (**)             $0.00        $122.90         $1,229.00
LONG TERM DISABILITY (*)             $0.00          $2.09            $20.90
EMPLOYEE HSA CONTRIBUTION (**)       $0.00        $133.33         $1,333.30
ESSEX CHIPS                          $0.00          $7.00            $70.00
IBM SAVINGS PLAN LOAN                $0.00          $0.00           $410.12
IBM SAVINGS PLAN LOAN                $0.00          $0.00         $1,230.36
IBM SAVINGS PLAN LOAN                $0.00        $112.79           $676.74
TOTAL DEDUCTIONS ============>       $0.00        $378.11         $4,970.42


NET EARNINGS ==========================>        $2,233.63

TOTAL NET PAYMENT (transmitted via EFTS: )      $2,233.63

OTHER W-2 GROSS EARNINGS
    05/31/2013 GLI IMPUTED EARNINGS                 $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ---------->      $1.24             $12.40

TOTAL W-2 GROSS EARNINGS ==================>    $2,705.89         $28,571.90
```

Important Information:
(*) These items are included in the Total W-2 Gross Earnings tax calculation.

 National Payroll Services

Semi-Monthly Pay and Contributions Statement
IBM CORPORATION
1701 North Street
Endicott, NY 13760

For more information regarding the format or content of your pay statement,
please visit our web site http://w3.ibm.com/hr/us/payroll

```
Name: NORFLEET,A                                  Net Payment:      $2,401.48
Serial #: 3D2249                                  Pay Period: 06/01/2013-06/15/2013

GROSS EARNINGS                                        Current       Year to Date

06/15/2013 REGULAR SALARY                            $3,152.10
TOTAL GROSS EARNINGS (*) ===================>        $3,152.10        $36,186.10

TAXES      Exmpt Alloc    Add'l            Prior

FICA-MED                                   $0.00        $41.97           $483.69
FICA-OASDI                                 $0.00       $179.49         $2,068.21
FED INC TX  M 09                           $0.00        $97.45         $1,458.01
VT STATE    M 09                           $0.00        $32.31           $460.20
VT HRS WRK  M 00                           $0.00         $0.00             $0.00
TOTAL TAXES =====================>         $0.00       $351.22         $4,470.11


RETIREMENT SAVINGS DEDUCTIONS

BEFORE-TAX SALARY (*)  (6%)                $0.00       $189.13         $2,080.43
TOTAL RETIREMENT DEDUCTIONS =>             $0.00       $189.13         $2,080.43


OTHER DEDUCTIONS

HEALTH CARE PREMIUM (**)                   $0.00       $122.90         $1,351.90
LONG TERM DISABILITY (*)                   $0.00         $2.09            $22.99
EMPLOYEE HSA CONTRIBUTION (**)             $0.00       $133.33         $1,466.63
ESSEX CHIPS                                $0.00         $7.00            $77.00
IBM SAVINGS PLAN LOAN                      $0.00         $0.00           $410.12
IBM SAVINGS PLAN LOAN                      $0.00         $0.00         $1,230.36
IBM SAVINGS PLAN LOAN                      $0.00       $112.79           $789.53
TOTAL DEDUCTIONS ==============>           $0.00       $378.11         $5,348.53


NET EARNINGS ==============================>        $2,233.64

EXPENSE REIMBURSEMENTS
    05/29/2013 TRAVEL EXPENSE REIMBURSEMENT           $167.84
TOTAL EXPENSE REIMBURSEMENTS ===============>         $167.84

TOTAL NET PAYMENT (transmitted via EFTS: )          $2,401.48

OTHER W-2 GROSS EARNINGS
    06/15/2013 GLI IMPUTED EARNINGS                    $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ==========>         $1.24             $13.64

TOTAL W-2 GROSS EARNINGS ====================>     $2,705.89         $31,277.79
```

 National Payroll Services

Semi-Monthly Pay and Contributions Statement
IBM CORPORATION
1701 North Street
Endicott, NY 13760

For more information regarding the format or content of your pay statement,
please visit our web site http://w3.ibm.com/hr/us/payroll

Name: NORFLEET, A                                          Net Payment:       $3,142.63
Serial #: 3D2249                                   Pay Period: 06/16/2013-06/30/2013

GROSS EARNINGS                                          Current        Year to Date

06/30/2013 REGULAR SALARY                             $3,152.10
06/19/2013 INVENTION ACHIEVEMENT AWARD                $1,500.00
TOTAL GROSS EARNINGS (*) ===================>         $4,652.10         $40,838.20

TAXES    Exmpt Alloc   Add'l        Prior

FICA-MED                            $0.00              $63.73              $547.42
FICA-OASDI                          $0.00             $272.49            $2,340.70
FED INC TX  M 09                    $0.00             $472.45            $1,930.46
VT STATE    M 09                    $0.00             $133.56              $593.76
VT HRS WRK  M 00                    $0.00               $0.00                $0.00
TOTAL TAXES ===================>    $0.00             $942.23            $5,412.34


RETIREMENT SAVINGS DEDUCTIONS

BEFORE-TAX SALARY (*) (6%)          $0.00             $189.13            $2,269.56
TOTAL RETIREMENT DEDUCTIONS =>      $0.00             $189.13            $2,269.56


OTHER DEDUCTIONS

HEALTH CARE PREMIUM (**)            $0.00             $122.90            $1,474.80
LONG TERM DISABILITY (*)            $0.00               $2.09               $25.08
EMPLOYEE HSA CONTRIBUTION (**)      $0.00             $133.33            $1,599.96
ESSEX CHIPS                         $0.00               $7.00               $84.00
IBM SAVINGS PLAN LOAN               $0.00               $0.00              $410.12
IBM SAVINGS PLAN LOAN               $0.00               $0.00            $1,230.36
IBM SAVINGS PLAN LOAN               $0.00             $112.79              $902.32
TOTAL DEDUCTIONS ============>      $0.00             $378.11            $5,726.64


NET EARNINGS =================>                      $3,142.63

TOTAL NET PAYMENT (transmitted via EFTS: )           $3,142.63

OTHER W-2 GROSS EARNINGS
  06/30/2013 GLI IMPUTED EARNINGS                        $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ========>            $1.24               $14.88

TOTAL W-2 GROSS EARNINGS ==================>         $4,205.89           $35,483.68

OTHER ITEMS and BENEFITS
EMPLOYER HSA CONTRIBUTION                             $250.00              $250.00

 **National Payroll Services**

Semi-Monthly Pay and Contributions Statement
IBM CORPORATION
1701 North Street
Endicott, NY 13760

For more information regarding the format or content of your pay statement,
please visit our web site http://w3.ibm.com/hr/us/payroll

```
Name: NORFLEET,A                              Net Payment:       $2,233.63
Serial #: 3D2249                              Pay Period: 07/01/2013-07/15/2013

GROSS EARNINGS                                     Current       Year to Date

07/15/2013 REGULAR SALARY                        $3,152.10
TOTAL GROSS EARNINGS (*) =================>      $3,152.10         $43,990.30

TAXES      Exmpt Alloc    Add'l      Prior

FICA-MED                              $0.00         $41.98            $589.40
FICA-OASDI                            $0.00        $179.49          $2,520.19
FED INC TX  M 09                      $0.00         $97.45          $2,027.91
VT STATE    M 09                      $0.00         $32.31            $626.07
VT HRS WRK  M 00                      $0.00          $0.00              $0.00
TOTAL TAXES =====================>    $0.00        $351.23          $5,763.57


RETIREMENT SAVINGS DEDUCTIONS

BEFORE-TAX SALARY (*) (6%)            $0.00        $189.13          $2,458.69
TOTAL RETIREMENT DEDUCTIONS =>        $0.00        $189.13          $2,458.69


OTHER DEDUCTIONS

HEALTH CARE PREMIUM (**)              $0.00        $122.90          $1,597.70
LONG TERM DISABILITY (*)              $0.00          $2.09             $27.17
EMPLOYEE HSA CONTRIBUTION (**)        $0.00        $133.33          $1,733.29
ESSEX CHIPS                           $0.00          $7.00             $91.00
IBM SAVINGS PLAN LOAN                 $0.00          $0.00            $410.12
IBM SAVINGS PLAN LOAN                 $0.00          $0.00          $1,230.36
IBM SAVINGS PLAN LOAN                 $0.00        $112.79          $1,015.11
TOTAL DEDUCTIONS =============>       $0.00        $378.11          $6,104.75


NET EARNINGS ===============================>    $2,233.63

TOTAL NET PAYMENT (transmitted via EFTS: )       $2,233.63

OTHER W-2 GROSS EARNINGS
   07/15/2013 GLI IMPUTED EARNINGS                   $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ============>     $1.24             $16.12

TOTAL W-2 GROSS EARNINGS ====================>   $2,705.89         $38,189.57

OTHER ITEMS and BENEFITS
EMPLOYER HSA CONTRIBUTION                            $0.00            $250.00
TOTAL OTHER ITEMS and BENEFITS ===============>      $0.00            $250.00
```

 National Payroll Services

Semi-Monthly Pay and Contributions Statement
IBM CORPORATION
1701 North Street
Endicott, NY 13760

For more information regarding the format or content of your pay statement,
please visit our web site http://w3.ibm.com/hr/us/payroll

```
Name: NORFLEET,A                                 Net Payment:      $2,233.63
Serial #: 3D2249                          Pay Period: 07/16/2013-07/31/2013

GROSS EARNINGS                                      Current      Year to Date

07/31/2013 REGULAR SALARY                         $3,152.10
TOTAL GROSS EARNINGS (*) --------------------->   $3,152.10       $47,142.40

TAXES      Exmpt Alloc    Add'l       Prior

FICA-MED                              $0.00          $41.98          $631.38
FICA-OASDI                            $0.00         $179.49        $2,699.68
FED INC TX    M 09                    $0.00          $97.45        $2,125.36
VT STATE      M 09                    $0.00          $32.31          $658.38
VT HRS WRK    M 00                    $0.00           $0.00            $0.00
TOTAL TAXES ----------------------->  $0.00         $351.23        $6,114.80


RETIREMENT SAVINGS DEDUCTIONS

BEFORE-TAX SALARY (*) (6%)            $0.00         $189.13        $2,647.82
TOTAL RETIREMENT DEDUCTIONS =>        $0.00         $189.13        $2,647.82


OTHER DEDUCTIONS

HEALTH CARE PREMIUM (**)              $0.00         $122.90        $1,720.60
LONG TERM DISABILITY (*)              $0.00           $2.09           $29.26
EMPLOYEE HSA CONTRIBUTION (**)        $0.00         $133.33        $1,866.62
ESSEX CHIPS                           $0.00           $7.00           $98.00
IBM SAVINGS PLAN LOAN                 $0.00           $0.00          $410.12
IBM SAVINGS PLAN LOAN                 $0.00           $0.00        $1,230.36
IBM SAVINGS PLAN LOAN                 $0.00         $112.79        $1,127.90
TOTAL DEDUCTIONS ----------------->   $0.00         $378.11        $6,482.86


NET EARNINGS ===================================> $2,233.63

TOTAL NET PAYMENT (transmitted via EFTS: )        $2,233.63

OTHER W-2 GROSS EARNINGS
   07/31/2013 GLI IMPUTED EARNINGS                    $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ------------>      $1.24           $17.36

TOTAL W-2 GROSS EARNINGS --------------------->   $2,705.89       $40,895.46

OTHER ITEMS and BENEFITS
EMPLOYER HSA CONTRIBUTION                             $0.00          $250.00
TOTAL OTHER ITEMS and BENEFITS ------------->         $0.00          $250.00
```



National Payroll Services

```
                    Semi-Monthly Pay and Contributions Statement
                                  IBM CORPORATION
                                   1701 North Street
                                  Endicott, NY 13760


     For more information regarding the format or content of your pay statement,
            please visit our web site http://w3.ibm.com/hr/us/payroll

------------------------------------------------------------------------------------
Name: NORFLEET,A                                        Net Payment:      $2,233.63
Serial #: 3D2249                                  Pay Period: 08/01/2013-08/15/2013
------------------------------------------------------------------------------------
GROSS EARNINGS                                         Current      Year to Date
                                                     -----------   ---------------
08/15/2013 REGULAR SALARY                              $3,152.10
TOTAL GROSS EARNINGS (*) ====================>         $3,152.10       $50,294.50

  TAXES     Exmpt Alloc    Add'l        Prior
  -------   ----- -----  ---------   ---------------
FICA-MED                               $0.00            $41.98            $673.36
FICA-OASDI                             $0.00           $179.49          $2,879.17
FED INC TX  M 09                       $0.00            $97.45          $2,222.81
VT STATE    M 09                       $0.00            $32.31            $690.69
VT HRS WRK  M 00                       $0.00             $0.00              $0.00
TOTAL TAXES ================>          $0.00           $351.23          $6,466.03


RETIREMENT SAVINGS DEDUCTIONS
-----------------------------
BEFORE-TAX SALARY (*) (6%)             $0.00           $189.13          $2,836.95
TOTAL RETIREMENT DEDUCTIONS =>         $0.00           $189.13          $2,836.95


OTHER DEDUCTIONS
----------------
HEALTH CARE PREMIUM (**)               $0.00           $122.90          $1,843.50
LONG TERM DISABILITY (*)               $0.00             $2.09             $31.35
EMPLOYEE HSA CONTRIBUTION (**)         $0.00           $133.33          $1,999.95
ESSEX CHIPS                            $0.00             $7.00            $105.00
IBM SAVINGS PLAN LOAN                  $0.00             $0.00            $410.12
IBM SAVINGS PLAN LOAN                  $0.00             $0.00          $1,230.36
IBM SAVINGS PLAN LOAN                  $0.00           $112.79          $1,240.69
TOTAL DEDUCTIONS ============>         $0.00           $378.11          $6,860.97


NET EARNINGS =============================>           $2,233.63

TOTAL NET PAYMENT (transmitted via EFTS: )            $2,233.63
------------------------------------------------------------------------------------
OTHER W-2 GROSS EARNINGS
   08/15/2013 GLI IMPUTED EARNINGS                       $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ==========>           $1.24             $18.60

TOTAL W-2 GROSS EARNINGS ====================>        $2,705.89        $43,601.35
------------------------------------------------------------------------------------
OTHER ITEMS and BENEFITS
EMPLOYER HSA CONTRIBUTION                                $0.00            $250.00
TOTAL OTHER ITEMS and BENEFITS ==============>           $0.00            $250.00
```



# National Payroll Services

```
                    Semi-Monthly Pay and Contributions Statement
                                    IBM CORPORATION
                                    1701 North Street
                                    Endicott, NY 13760


     For more information regarding the format or content of your pay statement,
            please visit our web site http://w3.ibm.com/hr/us/payroll

--------------------------------------------------------------------------------
Name: NORFLEET,A                                    Net Payment:        $2,344.33
Serial #: 3D2249                              Pay Period: 08/16/2013-08/31/2013
--------------------------------------------------------------------------------
GROSS EARNINGS                                         Current     Year to Date
                                                   ------------   ------------
08/31/2013 REGULAR SALARY                              $3,152.10
08/16/2013 PHYSICAL ACTIVITY REBATE                      $150.00
TOTAL GROSS EARNINGS (*)  ====================>        $3,302.10       $53,596.60

TAXES     Exmpt Alloc    Add'l      Prior
--------  ----- -----   --------  ----------------
FICA-MED                                   $0.00        $44.15          $717.51
FICA-OASDI                                 $0.00       $188.80        $3,067.97
FED INC TX  M 09                           $0.00       $119.95        $2,342.76
VT STATE    M 09                           $0.00        $37.63          $728.32
VT HRS WRK  M 00                           $0.00         $0.00            $0.00
TOTAL TAXES ==================>            $0.00       $390.53        $6,856.56


RETIREMENT SAVINGS DEDUCTIONS
-----------------------------
BEFORE-TAX SALARY (*) (6%)                 $0.00       $189.13        $3,026.08
TOTAL RETIREMENT DEDUCTIONS =>             $0.00       $189.13        $3,026.08


OTHER DEDUCTIONS
----------------
HEALTH CARE PREMIUM (**)                   $0.00       $122.90        $1,966.40
LONG TERM DISABILITY (*)                   $0.00         $2.09           $33.44
EMPLOYEE HSA CONTRIBUTION (**)             $0.00       $133.33        $2,133.28
ESSEX CHIPS                                $0.00         $7.00          $112.00
IBM SAVINGS PLAN LOAN                      $0.00         $0.00          $410.12
IBM SAVINGS PLAN LOAN                      $0.00         $0.00        $1,230.36
IBM SAVINGS PLAN LOAN                      $0.00       $112.79        $1,353.48
TOTAL DEDUCTIONS ============>             $0.00       $378.11        $7,239.08


NET EARNINGS ==============================>          $2,344.33

TOTAL NET PAYMENT (transmitted via EFTS: )            $2,344.33
--------------------------------------------------------------------------------
OTHER W-2 GROSS EARNINGS
   08/31/2013 GLI IMPUTED EARNINGS                        $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ==========>            $1.24           $19.84

TOTAL W-2 GROSS EARNINGS ====================>        $2,855.89       $46,457.24
--------------------------------------------------------------------------------
OTHER ITEMS and BENEFITS
EMPLOYER HSA CONTRIBUTION                                 $0.00          $250.00
```

 National Payroll Services

```
              Semi-Monthly Pay and Contributions Statement
                            IBM CORPORATION
                            1701 North Street
                           Endicott, NY 13760


   For more information regarding the format or content of your pay statement,
         please visit our web site http://w3.ibm.com/hr/us/payroll

------------------------------------------------------------------------------
Name: NORFLEET,A                                   Net Payment:     $1,652.65
Serial #: 3D2249                          Pay Period: 09/01/2013-09/15/2013
------------------------------------------------------------------------------
GROSS EARNINGS                                      Current      Year to Date
                                                  -----------   -------------
09/15/2013 REGULAR SALARY                          $3,152.10
09/15/2013 SCHEDULED TIME OFF                       -$974.73
TOTAL GROSS EARNINGS (*) =====================>    $2,177.37       $55,773.97

  TAXES      Exmpt Alloc    Add'l         Prior
  ---------- ----- -----  ---------   ---------------
FICA-MED                                  $0.00         $27.84         $745.35
FICA-OASDI                                $0.00        $119.05       $3,187.02
FED INC TX  M 09                          $0.00          $0.00       $2,342.76
VT STATE    M 09                          $0.00          $0.00         $728.32
VT HRS WRK  M 00                          $0.00          $0.00           $0.00
TOTAL TAXES ==================>           $0.00        $146.89       $7,003.45


RETIREMENT SAVINGS DEDUCTIONS
-----------------------------
BEFORE-TAX SALARY (*) (6%)                $0.00        $130.64       $3,156.72
TOTAL RETIREMENT DEDUCTIONS =>            $0.00        $130.64       $3,156.72



OTHER DEDUCTIONS
----------------
HEALTH CARE PREMIUM (**)                  $0.00        $122.90       $2,089.30
LONG TERM DISABILITY (*)                  $0.00          $2.09          $35.53
EMPLOYEE HSA CONTRIBUTION (**)            $0.00        $133.33       $2,266.61
ESSEX CHIPS                               $0.00          $7.00         $119.00
IBM SAVINGS PLAN LOAN                     $0.00          $0.00         $410.12
IBM SAVINGS PLAN LOAN                     $0.00          $0.00       $1,230.36
IBM SAVINGS PLAN LOAN                     $0.00        $112.79       $1,466.27
TOTAL DEDUCTIONS ============>            $0.00        $378.11       $7,617.19


NET EARNINGS =============================>        $1,521.73

EXPENSE REIMBURSEMENTS
    09/04/2013 TRAVEL EXPENSE REIMBURSEMENT         $130.92
TOTAL EXPENSE REIMBURSEMENTS ================>      $130.92

TOTAL NET PAYMENT (transmitted via EFTS: )         $1,652.65
------------------------------------------------------------------------------
OTHER W-2 GROSS EARNINGS
    09/15/2013 GLI IMPUTED EARNINGS                   $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) =========>         $1.24           $21.08
```



```
                  Semi-Monthly Pay and Contributions Statement
                                 IBM CORPORATION
                                 1701 North Street
                                Endicott, NY 13760


     For more information regarding the format or content of your pay statement,
             please visit our web site http://w3.ibm.com/hr/us/payroll

------------------------------------------------------------------------------------
Name: NORFLEET,A                                     Net Payment:      $2,688.11
Serial #: 3D2249                           Pay Period: 09/16/2013-09/30/2013
------------------------------------------------------------------------------------
GROSS EARNINGS                                         Current      Year to Date
                                                      ---------    ------------
09/30/2013 REGULAR SALARY                             $3,152.10
09/19/2013 INVENTION ACHIEVEMENT-CURREN                 $750.00
TOTAL GROSS EARNINGS (*) ====================>        $3,902.10       $59,676.07

TAXES    Exmpt Alloc    Add'l         Prior
-------  ----- -----  ---------  ----------------
FICA-MED                                $0.00          $52.86           $798.21
FICA-OASDI                              $0.00         $226.00         $3,413.02
FED INC TX  M  09                       $0.00         $284.95         $2,627.71
VT STATE    M  09                       $0.00          $82.94           $811.26
VT HRS WRK  M  00                       $0.00           $0.00             $0.00
TOTAL TAXES ================>           $0.00         $646.75         $7,650.20


RETIREMENT SAVINGS DEDUCTIONS
-----------------------------
BEFORE-TAX SALARY (*) (6%)              $0.00         $189.13         $3,345.85
TOTAL RETIREMENT DEDUCTIONS =>          $0.00         $189.13         $3,345.85


OTHER DEDUCTIONS
----------------
HEALTH CARE PREMIUM (**)                $0.00         $122.90         $2,212.20
LONG TERM DISABILITY (*)                $0.00           $2.09            $37.62
EMPLOYEE HSA CONTRIBUTION (**)          $0.00         $133.33         $2,399.94
ESSEX CHIPS                             $0.00           $7.00           $126.00
IBM SAVINGS PLAN LOAN                   $0.00           $0.00           $410.12
IBM SAVINGS PLAN LOAN                   $0.00           $0.00         $1,230.36
IBM SAVINGS PLAN LOAN                   $0.00         $112.79         $1,579.06
TOTAL DEDUCTIONS ============>          $0.00         $378.11         $7,995.30


NET EARNINGS ==============================>         $2,688.11

TOTAL NET PAYMENT (transmitted via EFTS: )           $2,688.11
------------------------------------------------------------------------------------
OTHER W-2 GROSS EARNINGS
   09/30/2013 GLI IMPUTED EARNINGS                       $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ==========>           $1.24            $22.32

TOTAL W-2 GROSS EARNINGS ====================>       $3,455.89        $51,702.78
------------------------------------------------------------------------------------
OTHER ITEMS and BENEFITS
EMPLOYER HSA CONTRIBUTION                                $0.00           $250.00
```



```
              Semi-Monthly Pay and Contributions Statement
                            IBM CORPORATION
                            1701 North Street
                            Endicott, NY 13760


   For more information regarding the format or content of your pay statement,
          please visit our web site http://w3.ibm.com/hr/us/payroll

-------------------------------------------------------------------------------
Name: NORFLEET,A                                    Net Payment:       $2,233.64
Serial #: 3D2249                             Pay Period: 10/01/2013-10/15/2013
-------------------------------------------------------------------------------
GROSS EARNINGS                                       Current     Year to Date
                                                  -----------   ------------

10/15/2013 REGULAR SALARY                           $3,152.10
TOTAL GROSS EARNINGS (*) ====================>      $3,152.10       $62,828.17

  TAXES      Exmpt Alloc    Add'l         Prior
-----------  ----- -----  --------    ---------------
FICA-MED                              $0.00         $41.97          $840.18
FICA-OASDI                            $0.00        $179.49        $3,592.51
FED INC TX   M 09                     $0.00         $97.45        $2,725.16
VT STATE     M 09                     $0.00         $32.31          $843.57
VT HRS WRK   M 00                     $0.00          $0.00            $0.00
TOTAL TAXES  =================>       $0.00        $351.22        $8,001.42


RETIREMENT SAVINGS DEDUCTIONS
-----------------------------
BEFORE-TAX SALARY (*) (6%)            $0.00        $189.13        $3,534.98
TOTAL RETIREMENT DEDUCTIONS =>        $0.00        $189.13        $3,534.98


OTHER DEDUCTIONS
----------------
HEALTH CARE PREMIUM (**)              $0.00        $122.90        $2,335.10
LONG TERM DISABILITY (*)              $0.00          $2.09           $39.71
EMPLOYEE HSA CONTRIBUTION (**)        $0.00        $133.33        $2,533.27
ESSEX CHIPS                           $0.00          $7.00          $133.00
IBM SAVINGS PLAN LOAN                 $0.00          $0.00          $410.12
IBM SAVINGS PLAN LOAN                 $0.00          $0.00        $1,230.36
IBM SAVINGS PLAN LOAN                 $0.00        $112.79        $1,691.85
TOTAL DEDUCTIONS =============>       $0.00        $378.11        $8,373.41


NET EARNINGS ==============================>       $2,233.64

TOTAL NET PAYMENT (transmitted via EFTS: )         $2,233.64
-------------------------------------------------------------------------------
OTHER W-2 GROSS EARNINGS
   10/15/2013 GLI IMPUTED EARNINGS                     $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ==========>         $1.24           $23.56

TOTAL W-2 GROSS EARNINGS ====================>     $2,705.89       $54,408.67
-------------------------------------------------------------------------------
OTHER ITEMS and BENEFITS
EMPLOYER HSA CONTRIBUTION                              $0.00          $250.00
TOTAL OTHER ITEMS and BENEFITS ==============>         $0.00          $250.00
```

# IBM National Payroll Services

Semi-Monthly Pay and Contributions Statement
IBM CORPORATION
1701 North Street
Endicott, NY 13760

For more information regarding the format or content of your pay statement,
please visit our web site http://w3.ibm.com/hr/us/payroll

---

Name: NORFLEET,A                                    Net Payment:       $2,320.47
Serial #: 3D2249                          Pay Period: 10/16/2013-10/31/2013

```
GROSS EARNINGS                                      Current       Year to Date
                                                ------------    ------------

10/15/2013 REGULAR SALARY                            $63.00
10/31/2013 REGULAR SALARY                         $3,215.10
TOTAL GROSS EARNINGS (*) ====================>    $3,278.10         $66,106.27

TAXES      Exmpt Alloc     Add'l        Prior
---------- ---- -----  ----------  ----------------
FICA-MED                             $0.00          $43.81            $883.99
FICA-OASDI                           $0.00         $187.30          $3,779.81
FED INC TX M 09                      $0.00         $115.21          $2,840.37
VT STATE   M 09                      $0.00          $36.51            $880.08
VT HRS WRK M 00                      $0.00           $0.00              $0.00
TOTAL TAXES ================>        $0.00         $382.83          $8,384.25


RETIREMENT SAVINGS DEDUCTIONS
------------------------------
BEFORE-TAX SALARY (*) (6%)           $0.00         $196.69          $3,731.67
TOTAL RETIREMENT DEDUCTIONS =>       $0.00         $196.69          $3,731.67


OTHER DEDUCTIONS
----------------
HEALTH CARE PREMIUM (**)             $0.00         $122.90          $2,458.00
LONG TERM DISABILITY (*)             $0.00           $2.09             $41.80
EMPLOYEE HSA CONTRIBUTION (**)       $0.00         $133.33          $2,666.60
ESSEX CHIPS                          $0.00           $7.00            $140.00
IBM SAVINGS PLAN LOAN                $0.00           $0.00            $410.12
IBM SAVINGS PLAN LOAN                $0.00           $0.00          $1,230.36
IBM SAVINGS PLAN LOAN                $0.00         $112.79          $1,804.64
TOTAL DEDUCTIONS ============>       $0.00         $378.11          $8,751.52


NET EARNINGS ==============================>      $2,320.47

TOTAL NET PAYMENT (transmitted via EFTS: )        $2,320.47
```
---
```
OTHER W-2 GROSS EARNINGS
   10/31/2013 GLI IMPUTED EARNINGS                   $1.24
TOTAL OTHER W-2 GROSS EARNINGS (*) ==========>       $1.24             $24.80

TOTAL W-2 GROSS EARNINGS ====================>    $2,824.33         $57,233.00
```
---
```
OTHER ITEMS and BENEFITS
EMPLOYER HSA CONTRIBUTION                            $0.00            $250.00
```