UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF VERMONT

In Re:  Andrew Norfleet ) Chapter 7
       Bethany Norfleet ) Case No: 13-10772
          Debtors

## STIPULATION AND ORDER

WHEREAS, the Debtor, Andrew Norfleet, filed a Chapter 7 bankruptcy proceeding on November 4, 2013.

WHEREAS, Ford Motor Credit Company is the duly authorized servicing agent for Cab East, LLC, which is the record owner of one (1) 2013 Ford Explorer (hereinafter "property") in the possession and control of the Debtor Andrew Norfleet.  A copy of the Certificate of Title is annexed hereto as Exhibit A and made a part hereof.

WHEREAS, on March 29, 2013, Starkey Ford, Inc., as lessor and Andrew Norfleet, as lessee entered into a Lease Agreement pursuant to which the lessee leased the property from the dealer at the rate of $260.50 per month for a term of 24 months, commencing March 29, 2013.  A copy of the Lease Agreement is also annexed hereto as Exhibit B and made a part hereof.

WHEREAS, Starkey Ford, Inc. assigned the Lease to Cab East LLC, and Ford Motor Credit Company LLC is the duly authorized servicer for Cab East LLC.  HTD Leasing, LLC is a holding company for which Ford Motor Credit Company LLC is authorized to act in this matter.

WHEREAS, pursuant to 11 U.S.C. § 365(p), the debtor may assume or reject an unexpired lease of personal property.

NOW, upon all pleadings and proceedings heretofore and herein, the parties hereby stipulate to the following:

1.       That pursuant to 11 U.S.C. § 365(p), the debtor agrees to assume the Motor Vehicle

Lease Agreement dated March 29, 2013 relative to one (1) 2013 Ford Explorer   (VIN 1FM5K8D88DGA81899).

 2. That the terms of this Stipulation shall be null and void in the event that the Chapter 7 Trustee acts to assume the underlying Lease Agreement pursuant to 11 U.S.C. § 365 within the context of this bankruptcy proceeding in timely fashion.

        Miller Faignant & Robbason, P.C.

Dated November 18, 2013   __/s/*Antonin Robbason*_____
        Attorneys for Ford Motor Credit Company LLC
        Antonin Robbason, Esq.

        Kolvoord, Overton & Wilson

Dated November 18, 2013   __/s/   *Nancy M. Geise*_____
        Nancy M. Geise, Esq.
        Attorney for the Debtor

**SO ORDERED**.

Dated:  _____, 2013   _____
  Rutland, Vermont     Honorable Colleen A. Brown
        U.S. Bankruptcy Court Judge
        District of Vermont