UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| In Re:  Andrew Norfleet | ) | Chapter 7 |
| Bethany Norfleet | ) | Case No: 13-10772 |
| Debtors | | |

## STIPULATION AND ORDER

WHEREAS, the Debtor, Andrew Norfleet, filed a Chapter 7 bankruptcy proceeding on November 4, 2013.

WHEREAS, Ford Motor Credit Company is the duly authorized servicing agent for Cab East, LLC, which is the record owner of one (1) 2013 Ford Explorer (hereinafter "property") in the possession and control of the Debtor Andrew Norfleet.   A copy of the Certificate of Title is annexed hereto as Exhibit A and made a part hereof.

WHEREAS, on March 29, 2013, Starkey Ford, Inc., as lessor and Andrew Norfleet, as lessee entered into a Lease Agreement pursuant to which the lessee leased the property from the dealer at the rate of $260.50 per month for a term of 24 months, commencing March 29, 2013.   A copy of the Lease Agreement is also annexed hereto as Exhibit B and made a part hereof.

WHEREAS, Starkey Ford, Inc. assigned the Lease to Cab East LLC, and Ford Motor Credit Company LLC is the duly authorized servicer for Cab East LLC.   HTD Leasing, LLC is a holding company for which Ford Motor Credit Company LLC is authorized to act in this matter.

WHEREAS, pursuant to 11 U.S.C. § 365(p), the debtor may assume or reject an unexpired lease of personal property.

NOW, upon all pleadings and proceedings heretofore and herein, the parties hereby stipulate to the following:

1.       That pursuant to 11 U.S.C. § 365(p), the debtor agrees to assume the Motor Vehicle

Lease Agreement dated March 29, 2013 relative to one (1) 2013 Ford Explorer   (VIN

1FM5K8D88DGA81899).

    2.      That the terms of this Stipulation shall be null and void in the event that the Chapter

7 Trustee acts to assume the underlying Lease Agreement pursuant to 11 U.S.C. § 365 within the

context of this bankruptcy proceeding in timely fashion.

                                Miller Faignant & Robbason, P.C.

Dated November 18, 2013           _/s/Antonin Robbason_____
                                  Attorneys for Ford Motor Credit Company LLC
                                  Antonin Robbason, Esq.

                                Kolvoord, Overton & Wilson

Dated November 18, 2013           _/s/  Nancy M. Geise_____
                                  Nancy M. Geise, Esq.
                                  Attorney for the Debtor

**SO ORDERED**.

Dated: _____, 2013
            Rutland, Vermont              _____
                                  Honorable Colleen A. Brown
                                  U.S. Bankruptcy Court Judge
                                  District of Vermont

# CERTIFICATE OF TITLE

## STATE OF VERMONT DEPARTMENT OF MOTOR VEHICLES

| VEHICLE/HULL IDENTIFICATION NO. | | | YEAR | MAKE | BODY/HULL TYPE | MODEL LINE | WEIGHT/LENGTH |
|---|---|---|---|---|---|---|---|
| 1FM5K8D88DGA81899 | | | 13 | FORD | UT | EXP | |

| AXLES | FUEL | NO. CYL. | NEW/USED | DATE PURCHASED | METER READING | OWNERSHIP |
|---|---|---|---|---|---|---|
| | GAS | 06 | NEW | 03/29/13 | | |

| DATE TITLED | TITLE NO. | ASSIGNMENT OF TITLE NO. VALIDATES THIS CERTIFICATE |
|---|---|---|
| 04/23/13 | 0423135002032 | |

**NAME(S) & ADDRESS(ES) OF VEHICLE/VESSEL OWNER(S)**

CAB,EAST,LLC
PO BOX 105704
ATLANTA, GA 30348

**FIRST LIENHOLDER NAME & ADDRESS   DATE OF FIRST LIEN**
HTD,LEASING,LLC                                   03/29/13
PO BOX 105704
ATLANTA, GA 30348

RELEASE OF LIENS

| (FIRST LIEN) INTEREST IN THE ABOVE DESCRIBED VEHICLE/VESSEL/ SNOWMOBILE IS HEREBY RELEASED | AUTHORIZED SIGNATURE | DATE |
|---|---|---|
| (SECOND LIEN) INTEREST IN THE ABOVE DESCRIBED VEHICLE/VESSEL/ SNOWMOBILE IS HEREBY RELEASED | AUTHORIZED SIGNATURE | DATE |

A= THE MILEAGE STATED IS IN EXCESS OF ITS MECHANICAL LIMITS
B= THE ODOMETER READING IS NOT THE ACTUAL MILEAGE
R= REBUILT

TA-VT-01  200M  08/2012 MTC

VOID IF ALTERED

HTD,LEASING,LLC
PO BOX 105704
ATLANTA GA 30348
0423135002032

**EXHIBIT**

A

tabbies

MOTOR VEHICLE LEASE AGREEMENT
MAINE                                    DATE   03/29/2013

| 1-800-727-7000 | LESSEE (and Co-Lessee) Name and Address (including County) | LESSOR (Name and Address and Zip Code) |
|---|---|---|
| **Ford** FORD CREDIT www.fordcredit.com | ANDREW NORFLEET 26 GREENWOOD AVE. ESSEX JCT VT 05452 | STARKEY FORD INC. P.O. BOX 37 YORK ME 03909-0037 |

"Finance Company" is ___FORD MOTOR CREDIT COMPANY___. The "Holder" is ___CAB EAST LLC___ and its assigns.
By signing "You" (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this Lease and the terms of the Wear-Care Addendum, if any, attached to this lease.

If Your payment schedule is shown in Item 2(a), You entered into a "Monthly Payment Lease."
If Your payment schedule is shown in Item 2(b), You entered into an "Advance Payment Lease."

| New/Used | Mileage at Delivery | Year/Make/Model | Vehicle Identification Number | Vehicle Use |
|---|---|---|---|---|
| NEW | 215 | 2013 FORD TRUCK EXPLORER | 1FMSK8D88DGA81899 | PERSONAL |

**1. Amount Due At Lease Signing or Delivery** (Itemized Below) *

**2. Payments**
(a) Monthly Payments
Your first monthly payment of $ ___260.50___
is due on ___03/29/13___ followed by
___23___ payments of $ ___260.50___ due on
the ___29th___ day of each month. The total
of Your monthly payments is $ ___6252.00___

(b) Advance Payment
Your Payment of $ ___N/A___
is due on ___N/A___
The total of Your payment is $ ___N/A___

**3. Other Charges** (not part of Your monthly payment)
Expiration fee (if You do
not purchase the Vehicle) $ ___N/A___
                                    ___N/A___

**4. Total of Payments** (The amount You will have paid by the end of the lease)

$ ___5832.95___                    Total $ ___N/A___    $ ___11874.45___

*  Itemization of Amount Due at Lease Signing or Delivery

**5. Amounts Due At Lease Signing or Delivery:**          **6. How the Amount Due At Lease Signing or Delivery will be paid:**

| | | |
|---|---|---|
| a. Capitalized cost reduction | $ ___5572.45___ | a. Net trade-in allowance | $ ___522.45___ |
| b. First monthly payment | ___260.50___ | b. Rebates and noncash credits | ___3000.00___ |
| c. Advance payment | ___N/A___ | c. Amount to be paid in cash | ___2960.50___ |
| d. Refundable security deposit | ___N/A___  ___N/A___ | | ___N/A___ |
| e. Title fees | ___N/A___ | | |
| f. Registration fees | ___N/A___ | | |
| g. Acquisition fee | ___N/A___ | | |
| h. ___N/A___ | ___N/A___ | | |
| i. ___N/A___ | ___N/A___ | | |
| j. ___N/A___ | ___N/A___ | | |
| k. ___N/A___ | ___N/A___ | | |
| l. ___N/A___ | ___N/A___ | | |
| m. ___N/A___ | ___N/A___ | | |
| Total $ ___5832.95___ | | Total $ ___5832.95___ | |

**7. Your payment is determined as shown below:**

| | |
|---|---|
| a. Gross capitalized cost. The agreed upon value of the Vehicle is $ ___35928.00___ and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) | $ ___36574.00___ |
| b. Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost | ___5572.45___ |
| c. Adjusted capitalized cost. The amount used in calculating Your base payment | ___31001.55___ |
| d. Residual value. The value of the Vehicle at the end of the lease used in calculating Your base payment | ___24880.60___ |
| e. Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term | ___6112.95___ |
| f. Rent charge. The amount charged in addition to the depreciation and any amortized amounts | ___139.05___ |
| g. Total of base payments. The depreciation and amortized amounts plus the rent charge | ___6252.00___ |
| h. Lease payments. The number of payments in Your lease | ___24___ |
| i. Base payment | ___260.50___ |
| j. Sales / Use tax | ___N/A___ |
| k. ___N/A___ | ___N/A___ |
| l. ___N/A___ | ___N/A___ |
| m. Total payment | ___260.50___ |
| n. Lease term in months | ___24___ |

**Early Termination.** You may have to pay a substantial charge if You end this lease early. **The charge may be up to several thousand dollars.** The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.

**8. Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, You must pay in excess of ___20___ ¢ per mile for each mile in excess of ___21215___ miles shown on the odometer. See Items 22 and 27 on back and the Wear-Care Addendum, if any, attached to this lease for additional excess wear and use terms.

**9. Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of $.50 ___N/A___ per unused mile for the number of unused miles between ___N/A___ and ___N/A___ miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than $1.00.

**10. Purchase Option at End of Lease Term.** $ ___25890.60___ plus official fees and taxes, and a reasonable documentary fee if allowed by law, is Your lease end purchase option price. You have the option to purchase the Vehicle at the end of the lease term from a party designated by the Holder for the purchase option price if You are not in default.

**11. Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

**12. WARRANTY.** The Vehicle is covered by any warranty, extended warranty or service contract indicated below:
☐☒  Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle.
☐ ___N/A___
___N/A___

**13. OFFICIAL FEES AND TAXES** $ ___540.00___
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect at the value of the leased property at the time a fee or tax is assessed.

**14. VEHICLE INSURANCE MINIMUMS** You must insure the Vehicle during this lease. This insurance must be acceptable to Finance Company and protect You and Holder with (a) comprehensive fire and theft insurance with a maximum deductible amount of $1,000, and (b) collision and upset insurance with a maximum deductible of $1,000, and (c) automobile liability insurance with minimum limits for bodily injury or death of $ ___50000___ to any one person and $ ___100000___ for any one accident, and $ ___50000___ for property damage. You will be the Holder an additional insured and loss payee under this insurance policy unless Lessor or Finance Company specifies otherwise. You must give Finance Company evidence of this insurance. (See Item 23 on back)
**LESSOR IS NOT PROVIDING VEHICLE OR LIABILITY INSURANCE**

**15. OPTIONAL INSURANCE.** These coverages are not required to enter into this lease and will not be provided unless You sign below. If insurance is to be obtained by Lessor, the coverages are shown in a notice given to You this date and are for the term of this lease.

| | |
|---|---|
| a. Credit $ ___N/A___ | $ ___N/A___ (Premium) ___N/A___ (Insured) |
| Life (Initial Coverage) | |

X _____ (Insurance Company)
Lessee X _____    Co-Lessee X _____

| b. Credit $ ___N/A___ | $ ___N/A___ (Premium) ___N/A___ (Insured) |
| Disability (Monthly Coverage) | |
| Insurance | |

___N/A___ (Insurance Company)
Lessee X _____    Co-Lessee X _____

**16. LATE PAYMENTS** You will pay a late charge on each payment that is not received within 15 days after it is due. This charge is 5% of the unpaid portion of the scheduled payment or $10.00 whichever is less.

**17. LESSOR SERVICES** ___N/A___
(See Item 21 on back)

**18. Itemization of Gross Capitalized Cost**

| Agreed Upon Value of the Vehicle | Subscribe Tax and Other Application Taxes | Title Fees | License and Registration Fees | Extended Warranty and Service Contract | Acquisition Fee | Documentation Fee |
|---|---|---|---|---|---|---|
| $ ___35928.00___ | $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | $ ___645.00___ | $ ___N/A___ |
| $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | **Total Gross Capitalized Cost** |
| $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | $ ___N/A___ | $ ___36574.00___ |

**SIGNATURES AND IMPORTANT NOTICES**

Modification: This lease sets forth all of the agreement of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change in this lease must be in writing and signed by You and Finance Company.

Lessee ___ANDREW NORFLEET___   By X _Andrew Norfleet_   Title: _____

Co-Lessee _____   By X _____   Title: _____

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

**NOTICE:** (1) Do not sign this lease before You read it or if it has any blank spaces to be filled in. (2) You have the right to get a filled-in copy of this lease. You acknowledge that You received a filled-in copy of this lease at the time You signed it and notice of an assignment of this lease by the Lessor to Holder.

Lessee ___ANDREW NORFLEET___   By X _Andrew Norfleet_   Title: _____

Co-Lessee _____   By X _____   Title: _____

Lessor and Lessee are hereby notified that Holder has assigned to CB Exchange, in its capacity as Holder's qualified intermediary, its rights (but not its obligations) with respect to the purchase of this Vehicle and the sale of this Vehicle at lease termination.
Lessor accepts this lease and assigns it to Holder under the terms of the lease sign agreement between Lessor and Holder.

Lessor ___STARKEY FORD INC.___   By X _____   Title: _____   FOR

FC 19018-P  FEB 12                SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS
FC 19018-MPP
Previous editions may NOT be used.

ORIGINAL

PLY 1 - ORIGINAL   PLY 2 - LESSEE   PLY 3 - LESSOR   PLY 4 - CO-LESSEE/GUARANTOR



EXHIBIT
B