# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
February 18, 2014

In re:

   Andrew Norfleet
   Last four digits of Social–Security No or other Individual
   Taxpayer–Identification No (ITIN): xxx–xx–7755

   Bethany Norfleet
   Last four digits of Social–Security No or other Individual
   Taxpayer–Identification No (ITIN): xxx–xx–9089
                                        Debtor.

Case Number: 13–10772 cab
Chapter: 7

**FINAL DECREE**

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that Douglas J. Wolinsky is discharged as trustee of the above named debtor and the bond is cancelled.

The chapter 7 case of the above named debtor is closed as of the date of this order.

Dated: February 18, 2014

Colleen A. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
151 West Street
P.O. Box 6648
Rutland, VT 05702–6648

Tel. (802) 776–2000
VCIS* (866) 222–8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149 – nbw